162 A.3d 844

**MORRIS, Charles**

v.

**STATE of Maryland**

**Pet. Docket No. 95, Sept.Term, 2017**

Court of Appeals of Maryland.

June 21, 2017

Opinion of the Court of Special Appeals unreported (No. 739, Sept. Term, 2015).

Petition for writ of certiorari dismissed

■

162 A.3d 844

**MURRILL, Lonnie**

v.

**STATE of Maryland**

**Pet. Docket No. 47, Sept.Term, 2017**

Court of Appeals of Maryland.

June 21, 2017

Opinion of the Court of Special Appeals unreported (No. 2764, Sept. Term, 2014).

Petition for writ of certiorari denied